**Donnell WOODS, Jr., Movant–Appellant,**

**v.**

**STATE of Missouri, Respondent.**

No. 70432.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Donnell Woods, Jr., Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Donnell Woods, Jr., ("Movant") appeals from the trial court's denial of his Rule 75.01 motion which asked the court to reconsider its denial of his pro se petition for change of name under Supreme Court Rule 95. The State has filed a motion to dismiss this appeal contending that no appeal is possible from the denial of a Rule 75.01 motion. We agree. *See State v. Sielfleisch,* 884 S.W.2d 422, 431 (Mo.App. E.D.1994). We therefore order Movant's appeal dismissed.

■

**STATE of Missouri, Respondent,**

**v.**

**Richard BROWN, Appellant.**

No. 70340.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Nadine Valeria Nunn, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Burmudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### *ORDER*

PER CURIAM.

Appellant, Richard Brown, appeals the judgment of conviction for unlawful use of a weapon, RSMo § 571.030.1(1) (1994), entered by the Circuit Court of the City of St. Louis after a jury trial. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. Because an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 30.25(b).